

**MedStar Health**

8094 Sandpiper Circle, Suite O
Baltimore, MD 21236

| | | |
|---|---|---|
| Pay Frequency: | BWK-Bi-Weekly | |
| Pay Begin Date: | 05/08/2022 | |
| Pay End Date: | 05/21/2022 | |

| | |
|---|---|
| Business Unit: | 40102 |
| Advice #: | 000000004961913 |
| Advice Date: | 05/27/2022 |

**Phillip I White**
2146 Southbrook Drive
York, PA 17403

| | |
|---|---|
| Employee ID: | 146844 |
| Department: | 42550-Facil Mgt-Protection Srvs |
| Location: | MedStar Union Memorial Hosp |
| Job Title: | Officer II Unarmed |
| Pay Rate: | $24.063000 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Group Term Life | | | 0.30 | | 3.30 |
| Evening Premium | 1.870000 | 58.50 | 109.40 | 584.25 | 1,092.58 |
| PTO Sick & Safe | 24.063000 | 8.00 | 192.50 | 56.00 | 1,347.51 |
| Regular Pay | 24.063000 | 72.50 | 1,744.57 | 708.75 | 17,054.66 |
| Weekend Shift Premium | 1.200000 | 16.75 | 20.10 | 150.75 | 180.90 |
| Overtime Pay | 25.733176 | 2.50 | 92.32 | 38.50 | 1,427.84 |
| Legal Holiday Pay | | 0.00 | 0.00 | 32.00 | 770.01 |
| Legal Holiday Worked | | 0.00 | 0.00 | 9.25 | 111.29 |
| Personal Holiday | | 0.00 | 0.00 | 8.00 | 192.50 |
| PTO Approved | | 0.00 | 0.00 | 104.00 | 2,502.55 |
| **TOTAL:** | | **158.25** | **2,159.19** | **1,691.50** | **24,683.14** |

### TAX WITHHOLDINGS

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 278.05 | 3,281.26 |
| Fed MED/EE | 29.50 | 338.03 |
| Fed OASDI/EE | 126.14 | 1,445.36 |
| PA Withholdng | 62.45 | 715.59 |
| **TOTAL:** | **496.14** | **5,780.24** |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Delta PPO | 15.65 | 172.15 |
| Healthcare Spending | 105.77 | 1,163.47 |
| Vision Plan Pretax | 3.20 | 35.20 |
| **TOTAL:** | **124.62** | **1,370.82** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| First Eagle Federal Credit Un | 397.84 | 4,376.24 |
| AD&D Family Aftertax | 1.06 | 11.66 |
| LTD Supplemental | 9.28 | 102.08 |
| Purchasing Power | 163.23 | 1,950.23 |
| Dep Life Aftertax | 7.44 | 81.84 |
| Legal Plan Aftertax | 8.31 | 91.41 |
| Supp Life Aftertax | 30.36 | 333.96 |
| Universal Life Aftertax | 8.00 | 88.00 |
| Aflac Accident Plan | 7.82 | 86.02 |
| Aflac Critical Illness | 51.95 | 571.45 |
| Transamerica Life | 73.39 | 807.29 |
| 403b Loan | 84.46 | 929.06 |
| Gift Shop UMH | 0.00 | 55.10 |
| **TOTAL:** | **843.14** | **9,484.34** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,158.89 | 2,034.57 | 496.14 | 967.76 | 694.99 |
| YTD | 24,679.84 | 23,312.32 | 5,780.24 | 10,855.16 | 8,044.44 |

| PAID TIME OFF | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| Personal Holiday | | 8.00 | 0.00 |
| PTO | 9.23 | 160.00 | 214.46 |
| Legal Holiday | | 32.00 | 8.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000004961913 | Checking | xxxxxx0864 | 694.99 |
| **Total:** | | | **694.99** |

NOTE: Rate * Hours = Earnings unless an earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:



**MedStar Health**
8094 Sandpiper Circle, Suite O
Baltimore, MD 21236

| | | |
|---|---|---|
| Pay Frequency: | BWK-Bi-Weekly | |
| Pay Begin Date: | 04/24/2022 | |
| Pay End Date: | 05/07/2022 | |

| | |
|---|---|
| Business Unit: | 40102 |
| Advice #: | 000000004954257 |
| Advice Date: | 05/13/2022 |

| | |
|---|---|
| Phillip I White | Employee ID: 146844 |
| 2146 Southbrook Drive | Department: 42550-Facil Mgt-Protection Srvs |
| York, PA 17403 | Location: MedStar Union Memorial Hosp |
| | Job Title: Officer II Unarmed |
| | Pay Rate: $24.063000 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | ----------Current---------- | | | ------------YTD------------ | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Group Term Life | | | 0.30 | | 3.00 |
| Evening Premium | 1.870000 | 65.75 | 122.96 | 525.75 | 983.18 |
| Overtime Pay | 25.563704 | 0.50 | 18.42 | 36.00 | 1,335.52 |
| Regular Pay | 24.063000 | 80.00 | 1,925.04 | 636.25 | 15,310.09 |
| Overtime Pay | 25.796647 | 1.75 | 64.68 | | 0.00 |
| Weekend Shift Premium | 1.200000 | 8.50 | 10.20 | 134.00 | 160.80 |
| Legal Holiday Pay | | 0.00 | 0.00 | 32.00 | 770.01 |
| Legal Holiday Worked | | 0.00 | 0.00 | 9.25 | 111.29 |
| Personal Holiday | | 0.00 | 0.00 | 8.00 | 192.50 |
| PTO Sick & Safe | | 0.00 | 0.00 | 48.00 | 1,155.01 |
| PTO Approved | | 0.00 | 0.00 | 104.00 | 2,502.55 |
| **TOTAL:** | | **156.50** | **2,141.60** | **1,533.25** | **22,523.95** |

### TAX WITHHOLDINGS

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 274.18 | 3,003.21 |
| Fed MED/EE | 29.25 | 308.53 |
| Fed OASDI/EE | 125.05 | 1,319.22 |
| PA Withholdng | 61.91 | 653.14 |
| **TOTAL:** | **490.39** | **5,284.10** |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Delta PPO | 15.65 | 156.50 |
| Healthcare Spending | 105.77 | 1,057.70 |
| Vision Plan Pretax | 3.20 | 32.00 |
| **TOTAL:** | **124.62** | **1,246.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| First Eagle Federal Credit Un | 397.84 | 3,978.40 |
| AD&D Family Aftertax | 1.06 | 10.60 |
| LTD Supplemental | 9.28 | 92.80 |
| Purchasing Power | 163.23 | 1,787.00 |
| Dep Life Aftertax | 7.44 | 74.40 |
| Legal Plan Aftertax | 8.31 | 83.10 |
| Supp Life Aftertax | 30.36 | 303.60 |
| Universal Life Aftertax | 8.00 | 80.00 |
| Aflac Accident Plan | 7.82 | 78.20 |
| Aflac Critical Illness | 51.95 | 519.50 |
| Transamerica Life | 73.39 | 733.90 |
| 403b Loan | 84.46 | 844.60 |
| Gift Shop UMH | 0.00 | 55.10 |
| **TOTAL:** | **843.14** | **8,641.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,141.30 | 2,016.98 | 490.39 | 967.76 | 683.15 |
| YTD | 22,520.95 | 21,277.75 | 5,284.10 | 9,887.40 | 7,349.45 |

| PAID TIME OFF | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| Personal Holiday | | 8.00 | 0.00 |
| PTO | 9.23 | 152.00 | 213.23 |
| Legal Holiday | | 32.00 | 8.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000004954257 | Checking | xxxxxx0864 | 683.15 |
| **Total:** | | | **683.15** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
MESSAGE:



**MedStar Health**
8094 Sandpiper Circle, Suite O
Baltimore, MD 21236

| | | |
|---|---|---|
| Pay Frequency: | BWK-Bi-Weekly | |
| Pay Begin Date: | 04/10/2022 | |
| Pay End Date: | 04/23/2022 | |

| | |
|---|---|
| Business Unit: | 40102 |
| Advice #: | 000000004946648 |
| Advice Date: | 04/29/2022 |

Phillip I White
2146 Southbrook Drive
York, PA 17403

| | |
|---|---|
| Employee ID: | 146844 |
| Department: | 42550-Facil Mgt-Protection Srvs |
| Location: | MedStar Union Memorial Hosp |
| Job Title: | Officer II Unarmed |
| Pay Rate: | $24.063000 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | Current | | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Group Term Life | | | 0.30 | | 2.70 |
| Evening Premium | 1.870000 | 39.25 | 73.40 | 460.00 | 860.22 |
| Overtime Pay | 25.556585 | 1.00 | 36.84 | 33.75 | 1,252.42 |
| PTO Approved | 24.063000 | 24.00 | 577.51 | 104.00 | 2,502.55 |
| Regular Pay | 24.063000 | 48.00 | 1,155.02 | 556.25 | 13,385.05 |
| Legal Holiday Pay | 24.063000 | 8.00 | 192.50 | 32.00 | 770.01 |
| Personal Holiday | 24.063000 | 8.00 | 192.50 | 8.00 | 192.50 |
| Legal Holiday Worked | | | 0.00 | 9.25 | 111.29 |
| PTO Sick & Safe | | | 0.00 | 48.00 | 1,155.01 |
| Weekend Shift Premium | | | 0.00 | 125.50 | 150.60 |
| **TOTAL:** | | **128.25** | **2,228.07** | **1,376.75** | **20,382.35** |

### TAX WITHHOLDINGS

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 294.07 | 2,729.03 |
| Fed MED/EE | 30.50 | 279.28 |
| Fed OASDI/EE | 130.42 | 1,194.17 |
| PA Withholdng | 64.57 | 591.23 |
| **TOTAL:** | **519.56** | **4,793.71** |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Delta PPO | 15.65 | 140.85 |
| Healthcare Spending | 105.77 | 951.93 |
| Vision Plan Pretax | 3.20 | 28.80 |
| **TOTAL:** | **124.62** | **1,121.58** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| First Eagle Federal Credit Un | 397.84 | 3,580.56 |
| AD&D Family Aftertax | 1.06 | 9.54 |
| LTD Supplemental | 9.28 | 83.52 |
| Purchasing Power | 163.23 | 1,623.77 |
| Dep Life Aftertax | 7.44 | 66.96 |
| Legal Plan Aftertax | 8.31 | 74.79 |
| Supp Life Aftertax | 30.36 | 273.24 |
| Universal Life Aftertax | 8.00 | 72.00 |
| Aflac Accident Plan | 7.82 | 70.38 |
| Aflac Critical Illness | 51.95 | 467.55 |
| Transamerica Life | 73.39 | 660.51 |
| 403b Loan | 84.46 | 760.14 |
| Gift Shop UMH | 0.00 | 55.10 |
| **TOTAL:** | **843.14** | **7,798.06** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,227.77 | 2,103.45 | 519.56 | 967.76 | 740.45 |
| YTD | 20,379.65 | 19,260.77 | 4,793.71 | 8,919.64 | 6,666.30 |

### PAID TIME OFF

| | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| Personal Holiday | | 8.00 | 0.00 |
| PTO | 9.23 | 152.00 | 204.00 |
| Legal Holiday | | 32.00 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000004946648 | Checking | xxxxxx0864 | 740.45 |
| **Total:** | | | **740.45** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**



**MedStar Health**
8094 Sandpiper Circle, Suite O
Baltimore, MD 21236

| | | |
|---|---|---|
| Pay Frequency: | BWK-Bi-Weekly | |
| Pay Begin Date: | 03/27/2022 | |
| Pay End Date: | 04/09/2022 | |

| | |
|---|---|
| Business Unit: | 40102 |
| Advice #: | 000000004939017 |
| Advice Date: | 04/15/2022 |

**Phillip I White**
2146 Southbrook Drive
York, PA 17403

| | |
|---|---|
| Employee ID: | 146844 |
| Department: | 42550-Facil Mgt-Protection Srvs |
| Location: | MedStar Union Memorial Hosp |
| Job Title: | Officer II Unarmed |
| Pay Rate: | $24.063000 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Hours | Earnings | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Group Term Life | | | 0.30 | | 2.40 |
| PTO Sick & Safe | 24.063000 | 24.00 | 577.51 | 48.00 | 1,155.01 |
| PTO Approved | 24.063000 | 40.00 | 962.52 | 80.00 | 1,925.04 |
| Evening Premium | 1.870000 | 19.50 | 36.47 | 420.75 | 786.82 |
| Regular Pay | 24.063000 | 24.75 | 595.56 | 508.25 | 12,230.03 |
| Legal Holiday Pay | | | 0.00 | 24.00 | 577.51 |
| Legal Holiday Worked | | | 0.00 | 9.25 | 111.29 |
| Overtime Pay | | | 0.00 | 32.75 | 1,215.58 |
| Weekend Shift Premium | | | 0.00 | 125.50 | 150.60 |
| **TOTAL:** | | **108.25** | **2,172.36** | **1,248.50** | **18,154.28** |

### TAX WITHHOLDINGS

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 280.95 | 2,434.96 |
| Fed MED/EE | 29.69 | 248.78 |
| Fed OASDI/EE | 126.96 | 1,063.75 |
| PA Withholdng | 62.86 | 526.66 |
| **TOTAL:** | **500.46** | **4,274.15** |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Delta PPO | 15.65 | 125.20 |
| Healthcare Spending | 105.77 | 846.16 |
| Vision Plan Pretax | 3.20 | 25.60 |
| **TOTAL:** | **124.62** | **996.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| First Eagle Federal Credit Un | 397.84 | 3,182.72 |
| AD&D Family Aftertax | 1.06 | 8.48 |
| LTD Supplemental | 9.28 | 74.24 |
| Purchasing Power | 163.23 | 1,460.54 |
| Dep Life Aftertax | 7.44 | 59.52 |
| Legal Plan Aftertax | 8.31 | 66.48 |
| Supp Life Aftertax | 30.36 | 242.88 |
| Universal Life Aftertax | 8.00 | 64.00 |
| Aflac Accident Plan | 7.82 | 62.56 |
| Aflac Critical Illness | 51.95 | 415.60 |
| Transamerica Life | 73.39 | 587.12 |
| 403b Loan | 84.46 | 675.68 |
| Gift Shop UMH | 0.00 | 55.10 |
| **TOTAL:** | **843.14** | **6,954.92** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,172.06 | 2,047.74 | 500.46 | 967.76 | 703.84 |
| YTD | 18,151.88 | 17,157.32 | 4,274.15 | 7,951.88 | 5,925.85 |

| PAID TIME OFF | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| Personal Holiday | | 0.00 | 8.00 |
| PTO | 9.23 | 128.00 | 218.76 |
| Legal Holiday | | 24.00 | 8.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000004939017 | Checking | xxxxxx0864 | 703.84 |
| **Total:** | | | **703.84** |

**MESSAGE:**



**MedStar Health**

8094 Sandpiper Circle, Suite O
Baltimore, MD 21236

| | | |
|---|---|---|
| Pay Frequency: | BWK-Bi-Weekly | |
| Pay Begin Date: | 03/13/2022 | |
| Pay End Date: | 03/26/2022 | |

| | |
|---|---|
| Business Unit: | 40102 |
| Advice #: | 000000004931733 |
| Advice Date: | 04/01/2022 |

**Phillip I White**
2146 Southbrook Drive
York, PA 17403

| | |
|---|---|
| Employee ID: | 146844 |
| Department: | 42550-Facil Mgt-Protection Srvs |
| Location: | MedStar Union Memorial Hosp |
| Job Title: | Officer II Unarmed |
| Pay Rate: | $24.063000 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Current | | | YTD | | TAX WITHHOLDINGS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Group Term Life | | | 0.30 | | 2.10 | Fed Withholdng | 275.17 | 2,154.01 |
| Evening Premium | 1.870000 | 48.25 | 90.23 | 401.25 | 750.35 | Fed MED/EE | 29.31 | 219.09 |
| Legal Holiday Pay | 24.063000 | 8.00 | 192.50 | 24.00 | 577.51 | Fed OASDI/EE | 125.33 | 936.79 |
| PTO Approved | 24.063000 | 8.00 | 192.50 | 40.00 | 962.52 | PA Withholdng | 62.05 | 463.80 |
| Regular Pay | 24.063000 | 61.00 | 1,467.85 | 483.50 | 11,634.47 | | | |
| Weekend Shift Premium | 1.200000 | 8.50 | 10.20 | 125.50 | 150.60 | | | |
| PTO Sick & Safe | 24.063000 | 8.00 | 192.50 | 24.00 | 577.50 | | | |
| Legal Holiday Worked | | 0.00 | | 9.25 | 111.29 | | | |
| Overtime Pay | | 0.00 | | 32.75 | 1,215.58 | | | |
| **TOTAL:** | | **141.75** | **2,146.08** | **1,140.25** | **15,981.92** | **TOTAL:** | **491.86** | **3,773.69** |

| PRE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Delta PPO | 15.65 | 109.55 | First Eagle Federal Credit Un | 397.84 | 2,784.88 | | | |
| Healthcare Spending | 105.77 | 740.39 | AD&D Family Aftertax | 1.06 | 7.42 | | | |
| Vision Plan Pretax | 3.20 | 22.40 | LTD Supplemental | 9.28 | 64.96 | | | |
| | | | Purchasing Power | 163.23 | 1,297.31 | | | |
| | | | Dep Life Aftertax | 7.44 | 52.08 | | | |
| | | | Legal Plan Aftertax | 8.31 | 58.17 | | | |
| | | | Supp Life Aftertax | 30.36 | 212.52 | | | |
| | | | Universal Life Aftertax | 8.00 | 56.00 | | | |
| | | | Aflac Accident Plan | 7.82 | 54.74 | | | |
| | | | Aflac Critical Illness | 51.95 | 363.65 | | | |
| | | | Transamerica Life | 73.39 | 513.73 | | | |
| | | | 403b Loan | 84.46 | 591.22 | | | |
| | | | Gift Shop UMH | 0.00 | 55.10 | | | |
| **TOTAL:** | **124.62** | **872.34** | **TOTAL:** | **843.14** | **6,111.78** | **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,145.78 | 2,021.46 | 491.86 | 967.76 | 686.16 |
| YTD | 15,979.82 | 15,109.58 | 3,773.69 | 6,984.12 | 5,222.01 |

| PAID TIME OFF | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| Personal Holiday | | 0.00 | 8.00 |
| PTO | 9.23 | 64.00 | 273.53 |
| Legal Holiday | | 24.00 | 8.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000004931733 | Checking | xxxxxx0864 | 686.16 |
| **Total:** | | | **686.16** |

**MESSAGE:**