# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

   PHILLIP, I WHITE, III

CASE NO: 22-01135

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

---

On 9/9/2022, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/9/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PHILLIP, I WHITE, III

CASE NO: 22-01135

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/9/2022, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/9/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-01135
MIDDLE DISTRICT OF PENNSYLVANIA
FRI SEP 9 11-37-54 PST 2022

EXCLUDE

(U)EMVLP II  LLC DBA STATE FARM BANK

EXCLUDE

(U)PENNYMAC LOAN SERVICES  LLC

PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

EXCLUDE

US BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT ST  RM 320
HARRISBURG  PA 17101-1737

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

COLUMBIA GAS OF PENNSYLVANIA
PO BOX 70285
PHILADELPHIA  PA 19176-0285

EMVLP II  LLC
CO MOSS  BARNETTSED
150 SOUTH FIFTH STREET  SUITE 1200
MINNEAPOLIS  MN 55402-4138

EMVLP II LLCFIS
PO BOX 2313
BLOOMINGTON  IL 61702-2313

GREENSKY
PO BOX 29429
ATLANTA  GA 30359-0429

GREENSKY LLC
1797 NORTH EAST EXPRESSWAY STE 100
ATLANTA  GA 30329-2451

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

MT BANK
PO BOX 64910
BALTIMORE  MD 21264-4910

(P)MET ED FIRST ENERGY
101 CRAWFORD CORNER RD
BLDG 1 SUITE 1-511
HOLMDEL NJ 07733-1976

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

PENN WASTE
PO BOX 3066
YORK  PA 17402-0066

PENNYMAC LOAN SERVICES  LLC
ATTN CORRESPONDENCE UNIT
PO BOX 514387
LOS ANGELES  CA 90051-4387

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

PURCHASING POWER  LLC
2727 PACES FERRY ROAD SE
BLDG2 STE 1200
ATLANTA  GA 30339-6143

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

SYNOVUS BANKGREENSKY
ATTN BANKRUPTCY
PO BOX 120
COLUMBUS  GA 31902-0120

THE YORK WATER COMPANY
PO BOX 15089
YORK  PA 17405-7089

(P)U S  DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

EXCLUDE

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG  PA 17102-2151

~~PHILLIP I WHITE III~~
~~2146 SOUTHBROOK DR~~
~~YORK  PA 17403-4951~~

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

Phillip I. White, III
2146 Southbrook Dr.
York, PA 17403
(Debtor 1)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
EMVLP II, LLC d/b/a State Farm Bank
represented by:
Michael Allan Hynum
Hynum Law
2608 North Third Street
Harrisburg, PA 17110

mhynum@hynumpc.com