UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| In re: | Bky. Case No. 1:22-bk-01135-HWV |
| Phillip I. White, III, | Chapter 13 Case |
| Debtor. | |

**WITHDRAWAL OF OBJECTION OF EMVLP II, LLC D/B/A STATE FARM BANK TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

COMES NOW, Creditor EMVLP II, LLC d/b/a State Farm Bank ("SFB"), by and through counsel, respectfully withdraws its October 4, 2022 objection to the Debtor's proposed Amended Chapter 13 Plan ("Amended Plan") filed on September 9, 2022. In support of this withdrawal, SFB states as follows:

1. The parties have agreed upon a value for the vehicle.

Dated: October 26, 2022

/s/ Michael A. Hynum, Esquire
HYNUM LAW
PO Box 5620
Harrisburg, PA 17110
(717) 774-1357
mhynum@hynumpc.com

**Attorneys for EMVLP II, LLC d/b/a State Farm Bank**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| In re: | Bky. Case No. 1:22-bk-01135-HWV |
| Phillip I. White, III, | Chapter 13 Case |
| Debtor. | |

## CERTIFICATE OF SERVICE

      Michael A. Hynum, retained by Moss & Barnett, with office address of 150 South Fifth Street, Suite 1200, Minneapolis, Minnesota 55402, declares under penalty of perjury that on October 26, 2022, I caused the following documents to be served electronically via the court's ECF system: **(1) Withdrawal of Objection of EMVLP II, LLC d/b/a State Farm Bank to Confirmation of Debtor's Chapter 13 Plan; and (2) this Certificate of Service**.

Executed: October 26, 2022        /s/ Michael A. Hynum, Esquire

7321294v1