# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>  PHILLIP, I WHITE, III | CASE NO: 22-01135<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 11/7/2022, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/7/2022

                /s/ John M. Hyams
                John M. Hyams  87327PA
                Attorney for Debtor
                Law Offices of John M. Hyams
                2023 N. 2nd St.
                Harrisburg, PA  17102
                717 766 5300
                acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PHILLIP, I WHITE, III

CASE NO: 22-01135

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/7/2022, a copy of the following documents, described below,

3rd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/7/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-01135<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI NOV 4 13-6-35 PST 2022 | ~~(U)EMVLP II LLC DBA STATE FARM BANK~~ | ~~(U)PENNYMAC LOAN SERVICES LLC~~ |
| | ~~EXCLUDE~~ | |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | ~~US BANKRUPTCY COURT~~<br>~~RONALD REAGAN FEDERAL BUILDING~~<br>~~228 WALNUT ST RM 320~~<br>~~HARRISBURG PA 17101-1737~~ | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| COLUMBIA GAS OF PENNSYLVANIA<br>PO BOX 70285<br>PHILADELPHIA PA 19176-0285 | EMVLP II LLC<br>CO MOSS BARNETTSED<br>150 SOUTH FIFTH STREET SUITE 1200<br>MINNEAPOLIS MN 55402-4138 | EMVLP II LLCFIS<br>PO BOX 2313<br>BLOOMINGTON IL 61702-2313 |
| GREENSKY<br>PO BOX 29429<br>ATLANTA GA 30359-0429 | GREENSKY LLC<br>1797 NORTH EAST EXPRESSWAY STE 100<br>ATLANTA GA 30329-2451 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| MT BANK<br>PO BOX 64910<br>BALTIMORE MD 21264-4910 | (P)MET ED FIRST ENERGY<br>101 CRAWFORD CORNER RD<br>BLDG 1 SUITE 1-511<br>HOLMDEL NJ 07733-1976 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120-0001 |
| PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PENN WASTE<br>PO BOX 3066<br>YORK PA 17402-0066 | PENNYMAC LOAN SERVICES LLC<br>ATTN CORRESPONDENCE UNIT<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 |
| PENNYMAC LOAN SERVICES LLC<br>PO BOX 2410<br>MOORPARK CA 93020-2410 | PURCHASING POWER LLC<br>2727 PACES FERRY ROAD SE<br>BLDG2 STE 1200<br>ATLANTA GA 30339-6143 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SYNOVUS BANKGREENSKY<br>ATTN BANKRUPTCY<br>PO BOX 120<br>COLUMBUS GA 31902-0120 | THE YORK WATER COMPANY<br>PO BOX 15089<br>YORK PA 17405-7089 | (P)U S DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| | ~~EXCLUDE~~ | |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | ~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102-2151

EXCLUDE
PHILLIP I WHITE III
2146 SOUTHBROOK DR
YORK, PA 17403-4951