UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 22-01135 |
|---|---|
| PHILLIP, I WHITE, III | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/6/2022, I did cause a copy of the following documents, described below,

4th Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/6/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PHILLIP, I WHITE, III

CASE NO: 22-01135

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 12/6/2022, a copy of the following documents, described below,

4th Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/6/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              EXCLUDE                                 EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING      (U)EMVLP II  LLC DBA STATE FARM BANK    (U)PENNYMAC LOAN SERVICES  LLC
NCRS ADDRESS DOWNLOAD
CASE 22-01135
MIDDLE DISTRICT OF PENNSYLVANIA
TUE DEC 6 9-42-52 PST 2022


                                       EXCLUDE
PRA RECEIVABLES MANAGEMENT   LLC       US BANKRUPTCY COURT                     (P)DEPARTMENT OF LABOR   INDUSTRY
PO BOX 41021                           RONALD REAGAN FEDERAL BUILDING          ATTN OFFICE OF CHIEF COUNSEL
NORFOLK   VA 23541-1021                228 WALNUT ST   RM 320                  651 BOAS STREET 10TH FLOOR
                                       HARRISBURG   PA 17101-1737              HARRISBURG PA 17121-0751


COLUMBIA GAS OF PENNSYLVANIA           EMVLP II   LLC                          EMVLP II LLCFIS
PO BOX 70285                           CO MOSS  BARNETTSED                     PO BOX 2313
PHILADELPHIA   PA 19176-0285           150 SOUTH FIFTH STREET   SUITE 1200     BLOOMINGTON   IL 61702-2313
                                       MINNEAPOLIS   MN 55402-4138


GREENSKY                               GREENSKY LLC                            INTERNAL REVENUE SERVICE
PO BOX 29429                           1797 NORTH EAST EXPRESSWAY STE 100      PO BOX 7346
ATLANTA   GA 30359-0429                ATLANTA   GA 30329-2451                 PHILADELPHIA   PA 19101-7346


MT BANK                                (P)MET ED FIRST ENERGY                  OFFICE OF ATTORNEY GENERAL
PO BOX 64910                           101 CRAWFORD CORNER RD                  FINANCIAL ENFORCEMENT
BALTIMORE   MD 21264-4910              BLDG 1 SUITE 1-511                      16TH FLOOR   STRAWBERRY SQUARE
                                       HOLMDEL NJ 07733-1976                   HARRISBURG   PA 17120-0001


PA DEPARTMENT OF REVENUE               PENN WASTE                              PENNYMAC LOAN SERVICES   LLC
DEPARTMENT 280946   ATTNBANKRUPTCY     PO BOX 3066                             ATTN CORRESPONDENCE UNIT
HARRISBURG   PA 17128-0946             YORK   PA 17402-0066                    PO BOX 514387
                                                                               LOS ANGELES   CA 90051-4387


PENNYMAC LOAN SERVICES   LLC           PURCHASING POWER   LLC                  SYNCHRONY BANK
PO BOX 2410                            2727 PACES FERRY ROAD SE                CO PRA RECEIVABLES MANAGEMENT   LLC
MOORPARK   CA 93020-2410               BLDG2 STE 1200                          PO BOX 41021
                                       ATLANTA   GA 30339-6143                 NORFOLK   VA 23541-1021


SYNOVUS BANKGREENSKY                   THE YORK WATER COMPANY                  (P)U S  DEPARTMENT OF JUSTICE TAX
ATTN BANKRUPTCY                        PO BOX 15089                            DIVISION
PO BOX 120                             YORK   PA 17405-7089                    CIVIL TRIAL SECTION EASTERN REGION
COLUMBUS   GA 31902-0120                                                       P O BOX 227
                                                                               BEN FRANKLIN STATION
                                                                               WASHINGTON DC 20044-0227


                                       EXCLUDE
UNITED STATES ATTORNEY                 UNITED STATES TRUSTEE                   (P)JACK N   ZAHAROPOULOS
PO BOX 11754                           228 WALNUT STREET   SUITE 1190          ATTN CHAPTER 13 TRUSTEE
HARRISBURG   PA 17108-1754             HARRISBURG   PA 17101-1722              8125 ADAMS DRIVE SUITE A
                                                                               HUMMELSTOWN PA 17036-8625
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE                                 EXCLUDE

JOHN MATTHEW HYAMS                      PHILLIP I WHITE III
LAW OFFICES OF JOHN M HYAMS             2146 SOUTHBROOK DR
2023 N 2ND ST                           YORK, PA 17403-4951
HARRISBURG, PA 17102-2151
```