UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHILLIP I. WHITE, III : CHAPTER 13
      Debtor : 
       : 
      JACK N. ZAHAROPOULOS : 
      STANDING CHAPTER 13 TRUSTEE : 
      Movant : 
       : 
      vs. : 
       : 
      PHILLIP I. WHITE, III : 
      Respondent : CASE NO.   1-22-bk-01135

## TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this   6th   day of December, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Douglas R. Roeder
         Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   6th   day of December, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

<u>/s/Deborah A. Behney</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
