United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                            Case No. 22-01135-HWV
Phillip I. White, III                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                Page 1 of 2
Date Rcvd: Feb 03, 2023                        Form ID: pdf010                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

**Recip ID**                   **Recipient Name and Address**
                             MedStar Health, 6094 Sandpiper Circle, Suite G, Baltimore, MD 21236

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2023                              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Phillip I. White III jmh@johnhyamslaw.com, acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Michael Allan Hynum | on behalf of Creditor EMVLP II LLC d/b/a State Farm Bank mhynum@hynumpc.com, psnyder@hynumpc.com,bzellner@hynumpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Phillip I. White, III : CASE NO: 1:22-bk-01135-HWV
:
Debtor :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtor, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, MedStar Health, 6094 Sandpiper Circle, Suite G, Baltimore, MD 21236, of Phillip I. White, III, is hereby directed to deduct $814.32 from Phillip I. White, III's bi-weekly salary, commencing immediately and continuing thereafter for 54 months, and to remit the same to Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 2, 2023