In re:

Phillip I. White, III

    Debtor

Case No. 22-01135-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phillip I. White, III, 2146 Southbrook Dr., York, PA 17403-4951 |
| 5489749 | + | EMVLP II, LLC, c/o Moss & Barnett-SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4138 |
| 5480993 | + | Emvlp Ii Llc/fis, Po Box 2313, Bloomington, IL 61702-2313 |
| 5480995 | + | M&T Bank, PO Box 64910, Baltimore, MD 21264-4910 |
| 5481003 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5480997 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5481000 | | The York Water Company, PO Box 15089, York, PA 17405-7089 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 04 2026 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480992 | ^ | MEBN | Jun 04 2026 18:36:58 | Columbia Gas of Pennsylvania, PO Box 70285, Philadelphia, PA 19176-0285 |
| 5481001 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 04 2026 18:38:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5480994 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 04 2026 18:38:00 | GreenSky, PO Box 29429, Atlanta, GA 30359-0429 |
| 5487852 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 04 2026 18:38:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 5481002 | | EDI: IRS.COM | Jun 04 2026 22:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5480996 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 04 2026 18:38:00 | Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5481005 | | EDI: PENNDEPTREV | Jun 04 2026 22:41:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5480998 | + | Email/PDF: ebnotices@pnmac.com | Jun 04 2026 18:47:12 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5488208 | + | Email/PDF: ebnotices@pnmac.com | Jun 04 2026 18:57:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5492254 | + | Email/Text: bankruptcy@purchasingpower.com | Jun 04 2026 18:38:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6199 |
| 5481413 | + | EDI: PRA.COM | Jun 04 2026 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480999 | + | Email/Text: synovusbankruptcy@synovus.com | Jun 04 2026 18:38:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |

| | | | |
|---|---|---|---|
| 5481004 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jun 04 2026 18:38:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5481006 | ^ MEBN | Jun 04 2026 18:37:17 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Phillip I. White III jmh@johnhyamslaw.com, acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best case.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael Allan Hynum | on behalf of Creditor EMVLP II LLC d/b/a State Farm Bank mhynum@hynumpc.com, psnyder@hynumpc.com,bzellner@hynumpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

| | |
|---|---|
| Debtor 1 | **Phillip I. White III** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–1484
EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:22–bk–01135–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phillip I. White III

6/4/26

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:22-bk-01135-HWV    Doc 73    Filed 06/06/26    Entered 06/07/26 00:26:41    Desc
Imaged Certificate of Notice    Page 5 of 5