United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 22-01135-HWV

Phillip I. White, III                                       Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: pdf010 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | MedStar Health, 6094 Sandpiper Circle, Suite G, Baltimor |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                      Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Phillip I. White III jmh@johnhyamslaw.com, acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael Allan Hynum | on behalf of Creditor EMVLP II LLC d/b/a State Farm Bank mhynum@hynumpc.com, psnyder@hynumpc.com,bzellner@hynumpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN RE: : CHAPTER 13
:
:
Phillip I. White, III : CASE NO: 1:22-bk-01135-HWV
:
:
Debtor :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

Upon consideration of the Motion of the Debtor, Phillip I. White, III, to Terminate

the Wage Attachment Order having come this day before the Court, it is hereby:

**ORDERED** MedStar Health, 6094 Sandpiper Circle, Suite G, Baltimore, MD 21236, the

employer of the Debtor, is hereby directed to discontinue deduction of $814.32 from Phillip

I. White, III's bi-weekly salary, commencing immediately.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 13, 2026